

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

Overruled by:

Willis v. Potts
377 SW 2d 622
Texas Sup. Ct.

March 21, 1958.

Honorable Jim Bates
Criminal District Attorney
Hidalgo County
Edinburg, Texas

Opinion No. WW-396

Re: Questions concerning the
eligibility of certain indi-
viduals to hold, at the same
time, the office of a member
of the Board of Regents for
Pan American College at Edin-
burg and City Commissioner
Dear Mr. Bates:                    for the City of Mission.

        You have requested the opinion of this office on the
following questions:

        1.  The eligibility of certain individuals to hold,
        at the same time, the office of a member of the Board
        of Regents for Pan American College at Edinburg,
        Hidalgo County, Texas, and City Commissioner of the
        City of Mission, Texas.

        2.  The eligibility of one to hold, at the same time,
        the office of a member of the Board of Regents for
        Pan American College at Edinburg, Hidalgo County,
        Texas, and Chairman of the Democratic Executive
        Committee of Hidalgo County, Texas.

        Since receipt of your request by this office, you have
advised us that the second question has, or is about to become
moot, because the term of office of the individual in question
as a Regent of Pan American College is expiring this month, and
the time for announcing of candidacy for that office has passed
without his announcing for re-election.  You have, therefore,
advised us that you do not desire to have the second question
considered in this Opinion.

        We believe that the first question is specifically
answered by Attorney General's Opinion No. O-371 and a letter
opinion, dated March 27, 1956, and addressed to Honorable Robert

S. Calvert, which cites several other Attorney General's Opinions which express the same view as that taken in 0-371. In that Opinion, this office held that members of the Texas A. and M. College staff were not prohibited by Sections 33 and 40 of Article XVI of the Texas Constitution from holding offices in the town of College Station.

We believe that Attorney General's Opinion 0-371 correctly states the applicable law, and you are, therefore, advised that it is the opinion of this office that one is not precluded from simultaneously holding the offices of a member of the Board of Regents for Pan American College at Edinburg, Hidalgo County, Texas, and City Commissioner for the City of Mission, Texas.

## SUMMARY

Sections 33 and 40, Article XVI of the
Constitution of Texas do not prohibit the
simultaneous holding of the offices of a
member of the Board of Regents for Pan
American College at Edinburg, Hidalgo
County, Texas, and City Commissioner for
the City of Mission, Texas.

Yours very truly,

WILL WILSON
Attorney General of Texas

By B. H. Timmins, Jr.
B. H. Timmins, Jr.
Assistant

BHT:jl

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman

J. Arthur Sandlin

Marietta Payne

Fred Werkenthin

L. P. Lollar

REVIEWED FOR THE ATTORNEY GENERAL
BY: W. V. Geppert